No. 04–6393.   LaFlam, aka Charbonneau v. United States. C. A. 2d Cir.   Certiorari denied.

No. 04–6408.   Ernesto Armas v. United States.   C. A. 11th Cir.   Certiorari denied.

No. 03–10623.   Ayers v. Thompson, United States Congressman, et al.   C. A. 5th Cir.   Motion of petitioner for leave to file an amended petition for writ of certiorari granted.   Motions of Ivory Phillips, Chairman of Mississippi Coalition for Higher Education, et al., and Alcorn State University National Alumni et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

## October 20, 2004

No. 04–6189.   Robinson v. United States.   C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46.

No. 04A283 (04–5129).   Morrow v. Dretke, Director, Texas Department of Criminal Justice, Correctional Institutions Division.   C. A. 5th Cir.   Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied.   Justice Stevens, Justice Souter, and Justice Breyer would grant the application for stay of execution.

## October 23, 2004

No. 04A320.   Nader et al. v. Serody et al.   Application to stay enforcement of judgment of the Pennsylvania Supreme Court pending filing and disposition of petition for writ of certiorari, presented to Justice Souter, and by him referred to the Court, denied.   Justice O'Connor took no part in the consideration or decision of this application.